DAVID A. DIEPENBROCK (SBN 215679)
W. SCOTT CAMERON, (SBN 229828)
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:    916.558.6000
Facsimile:    916.446.1611
Email: ddiepenbrock@weintraub.com
           scameron@weinstraub.com

Attorneys for Plaintiff,
SIERRA NORTHERN RAILWAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NORTHERN RAILWAY,<br><br>Plaintiff,<br><br>vs.<br><br>PORT OF WEST SACRAMENTO and RAMCON ENGINEERING & ENVIRONMENTAL CONSULTING, INC., a California corporation,<br><br>Defendants. | CASE NO.:<br><br>**DECLARATION OF BRENTON MACDONALD IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>DATE:<br>TIME:<br>CTRM: |

I, Brenton MacDonald, declare as follows:

1. I make this declaration based on my own personal knowledge and, if called to testify, I could and would testify competently to the matters set forth in this declaration.

2. I am the Vice President and Chief Operating Officer ("COO") for plaintiff Sierra Northern Railway ("**SNR**"). I started my railroad career in 2009 at the California State Railroad Museum working as a brakeman and signal maintainer. I began working for SNR in 2013 as a conductor and engineer and worked in that capacity until 2015, when I took a position as the shift manager for a Union Pacific locomotive shop located in Hinkle, Oregon. At the end of 2016, I returned to work for SNR, taking the position as its safety manager. I advanced from there to serve as SNR's general manager, before being promoted to Vice President and COO. In my current role as SNR's Vice President and COO, I am responsible for working with railroad customers, pursuing new business development and contract negotiations, and collaborating with senior leadership at interchange partners, such as Union Pacific and BNSF Railway. I also oversee operations for SNR's West Sacramento, Oakdale, and Ventura divisions, while aiding in maintenance and construction.

**SNR's Railway Facility and Reliance on North Access**

3. SNR is a shortline, federally certified common carrier railroad, that operates in connection with other common carriers who provide long-haul interstate freight rail service. In other words, SNR provides first-mile and last-mile rail transport between customers and long-haul freight carriers, such as Union Pacific and BNSF Railway.

4. SNR owns an 18.865-acre parcel of real property located near the Port of West Sacramento ("**Subject Property**"). A true and correct copy of an Assessor's Parcel Map depicting the Subject Property is attached hereto as **Exhibit A**. SNR purchased the property from the Sacramento-Yolo Port District in 2012.

5. Between February 2020 and June 2020, SNR constructed a permanent railway facility for the service, maintenance, and repair of locomotives, track repair operations, and rail lines to move freight in interstate commerce by rail (the "**Railway Facility**"). The hard costs incurred to construct and install those improvements total nearly $2 million.

6. The Subject Property is surrounded by a parcel of real estate that the Port still owns, which is 251.85 acres in size and is identified by APN 067-180-060 (the "**Adjacent Parcel**") on the Assessor's Map attached hereto as **Exhibit B**. Since at least 2020, Ramcon Engineering & Environmental Consulting, Inc. ("Ramcon"), has leased a portion of the Adjacent Parcel that directly borders the Subject Property. I know about Ramcon's lease with the Port from my conversations with Ramcon's site manager for that location, Rollo Stephens.

7. Since construction began on the Railway Facility in February 2020, and continuing after the Subject Property became an operational part of the national rail network in June 2020, SNR has crossed the Adjacent Parcel to access the northern portion of the Subject Property (the "**North Access**"), first for the purpose of delivering materials and equipment to the site for construction of the Railway Facility and then for daily operations of the Railway Facility, including 10–20 daily truckloads entering or leaving the Railway Facility.

8. Throughout construction and operation of the Railway Facility, there has never been access from the south portion of the Subject Property to the north, where the Railway Facility is located.

**Negotiation of the Flatiron Lease to the South**

9. In 2023, Flatiron Contractors, Inc. ("Flatiron") approached SNR with a proposal to lease the southern portion of the Subject Property for an aggregate processing facility and concrete batch plant. I responded by encouraging Flatiron to work with Ramcon first. I did this because Rollo Stephens had previously informed me that Ramcon was interested in Flatiron using/sub-leasing part of the Adjacent Parcel that Ramcon has been leasing from the Port. However, Flatiron and Ramcon were unable to reach a deal, so Flatiron came back to us to discuss leasing part of the Subject Property from SNR. I participated in those lease negotiations with Flatiron.

10. During my negotiations with Flatiron, I discussed with Rollo Stephens of Ramcon that Flatiron's lease would provide Flatiron with exclusive use of the southern portion of the Subject Property. During these discussions I had with Mr. Stephens, I informed him that SNR's use of the North Access would need to continue. Mr. Stephens did not object to SNR continuing to use the North Access at any time before SNR finalized its lease with Flatiron.

11. In reliance on Mr. Stephens expressing no objection to SNR continuing to use the North Access, SNR entered into a lease with Flatiron effective June 7, 2023. Under the Flatiron Lease, Flatiron contracted for use of the southern five acres of the Subject Property "on an exclusive basis."

**Threatened Impact on Railway Operations**

12. If SNR is prohibited from using the North Access, SNR's short-line rail operations will substantially cease in and around the greater Sacramento region. The Railway Facility is where all of our locomotives and rail mounted equipment is maintained and repaired. Without the ability to maintain our fleet of equipment, our train and maintenance-of-way crews will not be able to perform their daily tasks and serve our various railway customers in West Sacramento, including Advanced Logistics (a railcar transloading, warehousing, and commodities distribution services), Lineage (a cold storage warehousing and distribution company), Stella Jones (a pressure treated lumber manufacturer), and Carbide Industries (a mineral producer and processer). These rail customers are directly served by the Subject Property and will be directly affected/cut off by the closure of the North Access. Closure of the Railway Facility would halt the movements of 10–20 truckloads of customer product daily, impacting a variety of industries including building materials, chemicals, minerals, and food supplies.

13. Other customers located in the greater West Sacramento area, who rely on SNR for rail switching services, will be impacted as well. Those customers include CEMEX (a global building materials company), Viper Railcar Storage (a short and long-term railcar storage facility, including hazardous and non-hazardous materials), Farmers' Rice (a grower-owned rice marketing cooperative), Phillips 66 (a petroleum processor), Marathon (a petroleum processor), Procter & Gamble (a commercial and household chemical processor), and Adams Grain (which merchandises and warehouses wheat, corn, safflower, barley, rice, and other grains).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 10, 2024, at San Diego, California.

*Brenton MacDonald*
Brenton MacDonald

# EXHIBIT A



# EXHIBIT B

