# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NORTHERN RAILWAY,<br><br>Plaintiff,<br><br>v.<br><br>PORT OF WEST SACRAMENTO and RAMCON ENGINEERING & ENVIRONMENTAL CONSULTING, INC.,<br><br>Defendants. | No. 2:24-cv-01899-DJC-JDP<br><br><u>TEMPORARY RESTRAINING ORDER</u> |

Plaintiff Sierra Northern Railway filed the instant application requesting a temporary restraining order to restore Plaintiff's movement through Defendants' property following the alleged revocation of Plaintiff's license to utilize an access route.  The application was heard on Friday July 12, 2024 at 1:30pm before the Court with David Diepenbrock appearing for Plaintiff and Lauren Jones and Jeff Mitchell appearing for Defendant Port of West Sacramento ("the Port").

Having considered Plaintiff's filings, the oral argument of counsel, and evidence presented by the Port at the hearing, for the reasons stated on the record at the hearing, the Court hereby GRANTS Plaintiff's application.  An order explaining the Court's reasoning for granting the temporary restraining order will issue forthwith.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Ex Parte Application for a Temporary Restraining Order (ECF No. 2) is GRANTED;
2. Defendants Port of West Sacramento and Ramcon Engineering & Environmental Consulting, Inc., and each of their agents, are ENJOINED from blocking or impeding Plaintiff's access to the subject property through the North Access route consistent with such access Plaintiff enjoyed as of July 1, 2024;
3. Plaintiff shall promptly serve this Temporary Restraining Order on Defendants via email; and
4. This Temporary Restraining Order will expire on July 25, 2024.

IT IS SO ORDERED.

Dated:  **July 12, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC2 – 24cv01899.TRO Grant

2