UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NORTHERN RAILWAY,<br><br>  Plaintiff,<br><br>  v.<br><br>PORT OF WEST SACRAMENTO and RAMCON ENGINEERING & ENVIRONMENTAL CONSULTING, INC.,<br><br>  Defendants. | No. 2:24-cv-01899-DJC-JDP<br><br>ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Following the issuance of the Temporary Restraining Order in this action, the Court hereby ORDERS that the hearing on Plaintiff Sierra Northern Railway's Motion for Preliminary Injunction will be held on July 25, 2024 at 1:30pm via Zoom.

Plaintiff shall file their Motion on or before July 17, 2024.  Defendants Port of West Sacramento and Ramcon Engineering & Environmental Consulting, Inc. shall file an Opposition on or before July 22, 2024.  Plaintiff shall file their Reply on or before July 24, 2024 by 5pm.

IT IS SO ORDERED.

Dated:  __July 12, 2024__

*/s/ Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28