JEFFREY A. MITCHELL, State Bar No. 149003
jmitchell@kmtg.com
LAUREN JONES, State Bar No. 291460
ljones@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendant
PORT OF WEST SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NORTHERN RAILWAY,<br><br>Plaintiff,<br><br>v.<br><br>PORT OF WEST SACRAMENTO and RAMCON ENGINEERING & ENVIRONMENTAL CONSULTING, INC., a California corporation,<br><br>Defendants. | Case No. 2:24-cv-01899-DJC-JDP<br><br>**DECLARATION OF ROLLO STEPHENS IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANT PORT OF WEST SACRAMENTO'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Daniel J. Calabretta<br>Date: July 25, 2024<br>Time: 1:30 p.m.<br>Crtrm.: 10 |

I, Rollo Stephens, declare as follows:

1. I am currently engaged, and at all times relevant have been engaged, by Ramcon Engineering & Environmental Contracting, Inc. ("Ramcon") as a Construction Manager working on the Ramcon location in the Sacramento-Yolo Port District. Ramcon is a full-service engineering and environmental contracting company that has been doing business in the West Sacramento area for over 40 years. I have personal knowledge of all of the matters stated herein, and if called as a witness, I could competently testify thereto.

2. On or about August 1, 2014, Ramcon entered into a written license agreement with the Port ("Ramcon License"). A true and correct copy of the 2014 Ramcon License is attached as Exhibit C to the Declaration of Rick Toft in Support of Specially Appearing Defendant Port of West Sacramento's Opposition to Plaintiff's Motion for Preliminary Injunction. The Port and Ramcon

have entered into amendments to the 2014 Ramcon License, extending the term, adjusting the license rate, and modifying the space covered by the license. The operative amendment is the Second Amendment to Ramcon License extending its use until May of 2028. Ramcon uses the area covered by the Ramcon License as part of its overall business operations, including storage of construction goods and equipment, concrete recycling services, and portable small batch concrete plant operations.

3. I am regularly on site at the Ramcon property licensed from the Port, and have an open and visible view of the Sierra Northern Railway ("SNR") Property, which is located to the west of the Ramcon licensed property. See Exhibit A to the Declaration of Rick Toft in Support of Specially Appearing Defendant Port of West Sacramento's Opposition to Plaintiff's Motion for Preliminary Injunction. Based on investigation and belief, SNR does not enjoy any written agreement with the Port to use of possess any portion of the property, which is the subject of Ramcon's License, including the northern shortcut—an unpaved road that runs between two fenced portions of the property licensed by Ramcon. Instead, it is my understanding based on investigation that SNR enjoys the right of access along Boathouse Road, which is owned by the Port.

4. Between entering into the Ramcon License in 2014 and 2019, SNR's activities at the SNR Property were limited and SNR's Property remained unimproved.

5. Based on observation and belief, SNR does not exclusively use the northern shortcut to access the SNR Property.

6. In or about March of 2024, on information and belief, the Port initially informed SNR that SNR would no longer be able to use the northern shortcut. Ramcon, consistent with the Second Amendment to the Ramcon License, which covers the northern shortcut space, plans to make changes and developments to the area on or near the northern shortcut. Given SNR's lawsuit, those plans have been put on hold pending adjudication of the issues.

7. Based on observation and belief, in or around the end of May of 2024, SNR changed its normal pattern of usage of Boathouse Road for accessing the SNR Property. For ingress purposes, it appears SNR began directing SNR and Flatiron related vehicles, including large tractor-trailers, to access SNR's Property, including the portion leased to Flatiron, through the northern shortcut. To

DECLARATION OF ROLLO STEPHENS IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANT PORT OF WEST SACRAMENTO'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

exit the SNR Property, SNR appears to be directing those vehicles to travel south on the SNR Property and through the portion leased to Flatiron. Those vehicles then leave the SNR Property via Boathouse Road and access the main public roadway without crossing back over the northern shortcut. This pathway creates a loop which flows openly across the SNR Property between the portion where SNR is operating and the portion leased to Flatiron.

8. In or around the end of May 2024, Ramcon observed, for the first time, new signs installed by SNR directing SNR and Flatiron traffic along the northern shortcut. These signs were not present prior to April of 2024.

9. Both SNR vehicles and Flatiron vehicles, however, continue to use Boathouse Road to get to the southern access point at SNR's Property. There are no physical barriers in any way blocking ingress or egress on Boathouse Road to the SNR Property.

10. SNR currently has the ability to use the southern access via Boathouse Road. I have not observed any barriers, physical or security, barring anyone from traveling along Boathouse Road and driving (or walking) onto the SNR Property via the southern access, going north along the SNR Property line and enter into the SNR occupied portion of the SNR Property. On a regular basis, I have witnessed SNR traffic exiting through the portion of SNR's Property leased to Flatiron.

11. If and when the northern shortcut is no longer available to SNR, Ramcon plans to expand onto that area in furtherance of its business operations.

12. Due to the northern shortcut, drainage issues have arisen with increased standing water on and around the northern shortcut that causes inundation of waters onto a portion of the property currently used by Ramcon. If and when the northern shortcut is no longer available to SNR, Ramcon plans to improve the drainage system.

I declare under penalty of perjury under the laws of the State of California that the foregoing statements are true and correct.

Executed on this 22nd day of July, 2024, at West Sacramento, California.

Rollo Stephens

2550325.1 11751.035

3

DECLARATION OF ROLLO STEPHENS IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANT PORT OF WEST SACRAMENTO'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION