DAVID DIEPENBROCK, State Bar No. 215679
W. SCOTT CAMERON, State Bar No. 229828
WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: (916) 558-6000
Facsimile:  (916) 446-1611

Attorneys for Plaintiff
SIERRA NORTHERN RAILWAY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA NORTHERN RAILWAY,<br><br>        Plaintiff,<br><br>   v.<br><br>PORT OF WEST SACRAMENTO and RAMCON ENGINEERING & ENVIRONMENTAL CONSULTING, INC., a California corporation,<br><br>        Defendants. | Case No. 2:24-cv-01899-DJC-JDP<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS PORT OF WEST SACRAMENTO AND RAMCON ENGINEERING & ENVIRONMENTAL CONSULTING, INC.'S RESPONSIVE FILING DEADLINE**<br><br>Judge:   Hon. Daniel J. Calabretta<br>Crtrm.:   10 |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff SIERRA NORTHERN RAILWAY ("Plaintiff" or "SNR"), on the one hand, and Defendants SACRAMENTO-YOLO PORT DISTRICT (sued as PORT OF WEST SACRAMENTO) (the "Port") and RAMCON ENGINEERING & ENVIRONMENTAL CONSULTING, INC. ("Ramcon") (collectively referred to as "Defendants") on the other hand, by and through their undersigned counsel, as follows:

**WHEREAS** Defendants' deadline to file a responsive pleading is August 5, 2024.

**WHEREAS** Plaintiff has agreed to grant Defendants a two (2) week extension to file their responsive pleadings.

**NOW, THEREFORE,**  pursuant to the foregoing, Plaintiff and Defendants, by and through their counsel, stipulate and agree that Defendants' responsive filing deadline is August 19, 2024.

SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  August 5, 2024 | WEINTRAUB TOBIN CHEDIAK |
| 2 | | COLEMAN GRODIN |
| | | A Law Corporation |
| 3 | | |
| | | By: /s/ David A. Diepenbrock |
| 4 | | David Diepenbrock |
| 5 | | W. Scott Cameron |
| | | Attorneys for Plaintiff |
| 6 | | SIERRA NORTHERN RAILWAY |
| 7 | | |
| 8 | DATED:  August 5, 2024 | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD |
| | | A Professional Corporation |
| 9 | | |
| 10 | | By: /s/ Lauren Jones as authorized on 8/5/24 |
| | | Jeffrey Mitchell |
| 11 | | Lauren Jones |
| | | Attorneys for Defendant |
| 12 | | PORT OF WEST SACRAMENTO |
| 13 | | |
| 14 | | |
| 15 | DATED:  August 5, 2024 | DESMOND, NOLAN, LIVAICH & CUNNINGHAM |
| 16 | | By: /s/ Brian Manning as authorized on 8/5/24 |
| 17 | | Brian Manning |
| | | Benjamin Tagert |
| 18 | | James Silverthorn |
| | | Attorneys for Defendant |
| 19 | | RAMCON ENGINEERING & ENVIRONMENTAL |
| | | CONSULTING, INC |
| 20 | | |
| 21 | | |
| 22 | SO ORDERED. | |
| 23 | DATED:  August 7, 2024 | /s/ Daniel J. Calabretta |
| 24 | | THE HONORABLE DANIEL J. CALABRETTA |
| | | UNITED STATES DISTRICT JUDGE |
| 25 | | |