DAVID A. DAVID A. DIEPENBROCK (SBN 215679)
W. SCOTT CAMERON (SBN 229828)
ROBERTO G. CRUZ (SBN 342729)
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:   916.558.6000
Facsimile:    916.446.1611
Email: ddiepenbrock@weintraub.com
          scameron@weintraub.com
          rcruz@weintraub.com

Attorneys for Plaintiff,
SIERRA NORTHERN RAILWAY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| SIERRA NORTHERN RAILWAY,<br><br>Plaintiff,<br><br>vs.<br><br>PORT OF WEST SACRAMENTO and RAMCON ENGINEERING & ENVIRONMENTAL CONSULTING, INC., a California corporation,<br><br>Defendants. | Case No.: 2:24-CV-01899-DJC-JDP<br><br>**STIPULATION AND ORDER TO EXTEND COUNTER-DEFENDANT SIERRA NORTHERN RAILWAY'S FILING DEADLINE FOR RESPONSE TO COUNTERCLAIM**<br><br>Judge:  Hon. Daniel J. Calabretta |
| SACRAMENTO-YOLO PORT DISTRICT, aka PORT OF WEST SACRAMENTO,<br><br>Counterclaimant,<br><br>vs.<br><br>SIERRA NORTHERN RAILWAY,<br><br>Counterdefendant. | |

{4403681.DOCX:}
STIP FOR EXTENTION OF TIME TO FILE RESPONSIVE PLEADING

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counterdefendant SIERRA NORTHERN RAILWAY ("Counterdefendant" or "SNR"), on the one hand, and Defendant and Counterclaimant SACRAMENTO-YOLO PORT DISTRICT (the "Port") on the other hand, by and through their undersigned counsel, as follows:

WHEREAS SNR's current deadline to file a response to the Port's Counterclaim is September 9, 2024.

WHEREAS the Port has agreed to grant Counter-defendant a two (2) week extension to file a responsive pleading.

NOW, THEREFORE, the Port and SNR, by and through their counsel, hereby stipulate and agree that SNR's deadline to file a response to the Port's Counterclaim is extended from September 9, 2024 to September 23, 2024.

SO STIPULATED.

Dated: September 3, 2024

**weintraub tobin** chediak coleman grodin
LAW CORPORATION


By:   */s/ David A. Diepenbrock*
      David A. Diepenbrock
      Attorneys for Plaintiff
      Sierra Northern Railway


DATED: September 3, 2024

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation


By: */s/ Lauren Jones* as authorized on 9/03/24
    Jeffrey Mitchell
    Lauren Jones
    Attorneys for Defendant
    PORT OF WEST SACRAMENTO

IT IS SO ORDERED.

Dated:  September 4, 2024            /s/ Daniel J. Calabretta
                                     _____
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE