DAVID A. DIEPENBROCK (SBN 215679)
W. SCOTT CAMERON (SBN 229828)
ROBERTO G. CRUZ (SBN 342729)
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:   916.558.6000
Facsimile:    916.446.1611
Email: ddiepenbrock@weintraub.com
           scameron@weintraub.com
           rcruz@weintraub.com

Attorneys for Plaintiff,
SIERRA NORTHERN RAILWAY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| SIERRA NORTHERN RAILWAY,<br><br>    Plaintiff,<br><br>    vs.<br><br>PORT OF WEST SACRAMENTO and RAMCON ENGINEERING & ENVIRONMENTAL CONSULTING, INC., a California corporation,<br><br>    Defendants. | Case No.: 2:24-CV-01899-DJC-JDP<br><br>**STIPULATION FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT; ORDER**<br><br>Judge:  Hon. Daniel J. Calabretta |
| SACRAMENTO-YOLO PORT DISTRICT, aka PORT OF WEST SACRAMENTO,<br><br>    Counterclaimant,<br><br>    vs.<br><br>SIERRA NORTHERN RAILWAY,<br><br>    Counterdefendant. | |

## **STIPULATION**

WHEREAS, on July 10, 2024, Plaintiff Sierra Northern Railway ("SNR") filed the Complaint in the above-entitled action.

WHEREAS, Defendant Ramcon Engineering & Environmental Consulting, Inc, filed an Answer to the Complaint on August 19, 2024.

WHEREAS, Defendant Port of West Sacramento ("Port") filed an Answer to the Complaint on August 19, 2024.

WHEREAS, Counterclaimant Sacramento-Yolo Port District, aka Port of West Sacramento ("Port") filed a Counterclaim against Sierra Northern Railway.

WHEREAS, the Parties hereto have entered into a Settlement Agreement, a true and correct copy of which is attached hereto as **Exhibit A** and fully incorporated herein by this reference, settling the claims alleged in this case.

WHEREAS, the Settlement Agreement includes a provision, Section 5, in which each of the Parties agreed to the court retaining jurisdiction over the Parties under section 664.6 of the California Code of Civil Procedure and applicable federal law to enforce the terms and conditions of the Settlement Agreement, should that be necessary.

WHEREAS, Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure provides that a plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

WHEREAS, federal law allows district courts to expressly retain jurisdiction to enforce a settlement agreement, such that breach of the settlement agreement would be a violation of the court's dismissal order, and support the court's exercise of ancillary jurisdiction. See *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

WHEREFORE, the Parties hereby stipulate that dismissal of their respective pleadings in this action with prejudice is conditioned upon the Court first issuing an order retaining jurisdiction over the Parties to enforce the terms and conditions of the Settlement Agreement.

/ / /

WHEREFORE, the Parties hereby stipulate to this Court retaining jurisdiction to enforce the terms and conditions of the Settlement Agreement pursuant to California Code of Civil Procedure section 664.6 and applicable federal law, and respectfully request that the Court enter the accompanying proposed order.

Dated:  December 30, 2024

**weintraub tobin** chediak coleman grodin
LAW CORPORATION

By:  /s/ David A. Diepenbrock
    David A. Diepenbrock
    Attorneys for Plaintiff
    Sierra Northern Railway

Dated: December 31, 2024

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: /s/ Lauren Jones as authorized on 12/31/24
    Jeffrey Mitchell
    Lauren Jones
    Attorneys for Defendant
    PORT OF WEST SACRAMENTO

Dated:  December 31, 2024

DESMOND, NOLAN, LIVAICH & CUNNINGHAM

By: /s/ Brian Manning as authorized on 12/31/24
    Brian Manning
    Benjamin Tagert
    James Silverthorn
    Attorneys for Defendant
    RAMCON ENGINEERING &
    ENVIRONMENTAL CONSULTING, INC.

ORDER

The Court shall retain jurisdiction to enforce the terms and conditions of the parties Settlement Agreement pursuant to California Code of Civil Procedure section 664.6 and applicable federal law.

IT IS SO ORDERED.

Dated:  January 6, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE